**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Lauren Hall v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20123-DRH |
| *Alice Kuntzelman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12685-DRH |
| *Erin Murphy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11154-DRH |
| *Tracy Parry, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12732-DRH |
| *Jaime Rowzer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10877-DRH |
| *Carrissa Ubersox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11832-DRH |
| *Jaynee Weiss v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10774-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 11, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**


BY:   /s/*Caitlin Fischer*
**Deputy Clerk**

**Dated:**  July 11, 2014

Digitally signed
by David R.
Herndon
Date: 2014.07.11
16:37:47 -05'00'

**APPROVED:**

**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2